UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DANILO AUGUSTO FELICIANO,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT KYLE ARDOIN, *et al.*,<br><br>Defendant. | Civil Action No. 23-3467 (CJN)<br><br>**UNDER SEAL** |

**ORDER**

Upon consideration of the United States' Notice of Declination and Suggestion of Dismissal and the United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby:

**ORDERED** that the following filings be **UNSEALED**:

a. The Complaint;

b. The United States' Notice of Declination and Suggestion of Dismissal; and

c. This Order.

**ORDERED** that all other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendant;

**ORDERED** that the seal be lifted as to all other matters occurring in this action after the date of this Order;

**ORDERED** that Counts four and five of Relator's complaint are dismissed with prejudice to the Relator and without prejudice to the United States; and

**ORDERED** that all other claims are dismissed without prejudice.

**IT IS SO ORDERED**,

This 29th day of July 2024.

CARL J. NICHOLS
United States District Judge